UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:05-cr-2-FtM-29SPC

D'MAURIO D. WILLIAMS
a/k/a "Merv"

**GOVERNMENT'S MOTION TO REDUCE SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, submits the following Motion to Reduce Sentence pursuant to Fed. R. Crim. P. 35(b)(1)(A) and would state the following:

**BACKGROUND**

1. Defendant D'Maurio D. Williams was charged by way of indictment on January 5, 2005. (Document 13).

2. Defendant D'Maurio D. Williams entered into a plea agreement with the United States. (Document 54). Contained within the plea agreement were provisions related to cooperation by the defendant and the respective responsibilities of the parties. The undersigned was a party to the agreement, and has reviewed the plea agreement.

3. The defendant was sentenced on January 4, 2006 by this Court to a term of incarceration of 155 months followed by a period of supervised release.

4. The undersigned has been advised by Detective Tom Lewis of the Punta

Gorda Police Department that the defendant provided information that led to the re-opening of a thirteen (13) year old homicide investigation. As a result of the gathering of additional evidence, including a statement by the defendant, Marlon Blandin was charged with Second Degree Felony Murder by the Charlotte County State Attorney's Office (Case No. 06-951F).

    5. According to Det. Lewis, the defendant's statement was an important part of the underlying investigation that led to the arrest and charging of Marlon Blandin. Mr. Blandin's case is currently pending in the state system.

    6. It is anticipated that the defendant would be a testifying witness should Mr. Blandin proceed to trial.

    9. The undersigned now seeks to reduce the defendant's sentence based upon substantial assistance rendered by the defendant pursuant to Fed. R. Crim. P. 35(b)(1)(A). The undersigned believes that a three (3) level downward departure is appropriate given the nature of the defendant's cooperation.

## **MEMORANDUM OF LAW**

Pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the Court has the discretion to reduce the defendant's sentence based upon the government's motion one year after sentencing if the defendant's substantial assistance related to:

> (A) information not known to the defendant until one year or more after sentencing;
> (B) information provided by the defendant to the government within one year of sentencing, but which did not become useful to the government until more than one year after sentencing; or
> (C) information the usefulness of which could not reasonably have been anticipated by the defendant until more than one year after sentencing and which was promptly provided to the government after its usefulness was reasonably apparent to the defendant.

In the instant case, the defendant provided information to law enforcement that led to the apprehension and charging of an individual for the offense of murder. At the time the defendant provided the information, the investigation was thirteen (13) years old and was effectively closed. As a result of the defendant providing the information, law enforcement was able to further their investigation and make an arrest.

## **CONCLUSION**

Based upon the foregoing, the undersigned would submit that the defendant does satisfy the requirements of Fed. R. Crim. P. 35(b)(1)(A) and therefore the Court should grant the motion for a downward departure of three (3) levels.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: *s/ Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Fla. Bar No. 0152110
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:   (239) 461-2200
Facsimile:    (239) 461-2219
E-mail: jesus.m.casas@usdoj.gov

U.S. v. D'Maurio D. Williams                                          Case No. 2:05-cr-2-FtM-29SPC

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    David J. Joffe, Esq
    davidjjoffe@aol.com

                                      *s/ Jesus M. Casas*
                                      Jesus M. Casas
                                      Assistant United States Attorney