```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                             2:05-cr-2-FtM-29SPC

D'MAURIO D. WILLIAMS
_____

**ORDER**

  This matter comes before the Court on the Government's Motion to Reduce Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #110) filed on July 9, 2009. The Court appointed counsel, and on December 1, 2009, heard oral argument. After hearing from counsel, the Court finds that defendant's assistance does qualify as substantial assistance under Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), and therefore defendant qualifies for a reduction in sentence.

  As the result of Amendment 706 to the U.S. Sentencing Guidelines, defendant's Total Offense Level was 29. A four level reduction results in a Total Offense Level of 25. With defendant's Criminal History Category of III, the resulting Sentencing Guidelines range is 70 to 87 months imprisonment. As it has in the past, the Court will impose a sentence approximately in the middle of this range. The Court finds that a sentence of 78 months imprisonment is sufficient, but not greater than necessary, to comply with the purposes of sentencing as set forth in 18 U.S.C. § 3553(a) after considering defendant's substantial assistance in

addition to the previously considered advisory recommendation of the Sentencing Guidelines and all the factors identified at 18 U.S.C. § 3553(a)(1)-(7). All other components of the original sentence shall remain as originally imposed.

Accordingly, it is now

**ORDERED:**

1. The Government's Motion to Reduce Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #110) is **GRANTED** as set forth above.

2. The Clerk of the Court shall enter a Second Amended Judgment reducing the sentence imposed to 78 months imprisonment, and otherwise leaving all other components of the sentence as originally imposed.

**DONE AND ORDERED** at Fort Myers, Florida, this __1st__ day of December, 2009.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record

U.S. Probation
U.S. Marshal
DCCD

Jack Gather
Regional Inmate System Administrator
Federal Bureau of Prisons
3800 Camp Creek Parkway, Bldg. 2000
Atlanta, GA 30331